UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK INC. IN APP BROWSER PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>*Melanie Tado v. TikTok, Inc.*<br>Case No.: 1:23-cv-01430 | MDL No. 2948-A<br><br>Master Docket No. 24 C 2110<br><br>Judge Rebecca R. Pallmeyer |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Melanie Tado hereby voluntarily dismisses her claims against Defendants Tik Tok Inc. (f/k/a/ Musical.ly, Inc.) ("TikTok") and Bytedance, Inc. ("Bytedance,"), in Case No.: 1:23-cv-01430, without prejudice. This voluntary dismissal does not alter or affect the pendency of the claims of any other Plaintiff to this litigation nor does it alter or affect the claims of the putative class. Furthermore, this dismissal shall be without prejudice to Ms. Tado's rights, if any, as an absent class member, and should not impact the operative consolidated complaint filed MDL No. 2948-A, Master Docket No. 24 C 2110.

Dated: November 15, 2024               Respectfully submitted,

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson
GA Bar No. 725843
**Gibson Consumer Law Group, LLC**
4279 Roswell Road
Suite 208-108
Atlanta, GA  30342
Telephone: (678) 642-2503
marybeth@gibsonconsumerlawgroup.com

*Counsel for Plaintiff Melanie Tado*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2024, a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson
